UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAGBIR SINGH,

No. 1:25-cv-01862-DJC-EFB (HC)

                    Petitioner,

          v.

WARDEN OF THE GOLDEN STATE
ANNEX ICE DETENTION FACILITY, et
al.,

ORDER

                    Respondents.

Petitioner, a federal immigration detainee, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 18, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within seven days. ECF No.12. Petitioner sought, and was granted, additional time to object to the findings and recommendations. ECF Nos. 14, 15. Petitioner then filed a pleading entitled "Motion for Temporary Restraining Order" and a Traverse. ECF Nos. 16, 17. Although he is represented by the Federal Public Defender's Office, petitioner submitted these filings to the court pro se. They present no new grounds for relief. The Court referred the motion for temporary restraining order to the

1

assigned Magistrate Judge.  ECF No. 18.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 13) are adopted in full;

2.  The petition for writ of habeas corpus is DENIED;

3.  The order referring ECF No. 16 to the assigned magistrate judge is VACATED;

4.  Petitioner's motion for a temporary restraining order (ECF No. 16) is DENIED as MOOT; and

5.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    **April 17, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2